## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### Richmond Division

**JUSTIN EDWARD LEWIS,**

     Plaintiff,

v.                                                  Civil Action No. **3:20CV202**

**WALMART FAMILY, *et al.*,**

     Defendants.

### MEMORANDUM OPINION

By Memorandum Order entered on April 10, 2020, the Court conditionally docketed Plaintiff's action.  At that time, the Court warned Plaintiff that he must keep the Court informed of his current address or if he was released.  By Memorandum Order on May 7, 2020, the Court directed Plaintiff to pay an initial partial filing fee of $1.83 within eleven (11) days of the date of entry thereof.  On May 27, 2020, the United States Postal Service returned the May 7, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Inmate No Longer Here."  Since that date, Plaintiff has not contacted the Court to provide a current address.  Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action.  *See* Fed. R. Civ. P. 41(b).  Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
United States District Judge

Date: <u>9 June 2020</u>
Richmond, Virginia